NAME Salvador Solorio Muñiz

PRISON NUMBER # 02611 - 298

| 2254 | 1983 |
| --- | --- |
| **FILING FEE PAID** | |
| Yes ✓ | No |
| **IFP MOTION FILED** | |
| Yes ✓ | No |
| **COPIES SENT TO** | |
| Court ✓ | ProSe |

```
FILED
NOV - 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

CURRENT ADDRESS OR PLACE OF CONFINEMENT
MCC San Diego
808 Union St. San Diego Ca 92101
CITY, STATE, ZIP CODE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SALVADOR SOLORIO MUÑIZ
2759 K St San Diego Ca 92102
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

Ms. Paula M. Jorneck (Warden)
Metropolitan Correctional Center
808 Front St. San Diego Ca 92101
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

The Attorney General of the State of
California, Additional Respondent.

Civil No '07 CV 2140 IEG    JMA
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   MCC SAN DIEGO, CA

2. Date of judgment of conviction: Pending

3. Trial court case number of the judgment of conviction being challenged:
   Pending

4. Length of sentence: 36 months

CIV 68 (Rev. Jan. 2006)

CV

5. Sentence start date and projected release date.

*Pending*

6. Offense(s) for which you were convicted or pleaded guilty (all co...

" illeal entaries "

7. What was your plea? (CHECK ONE)

   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

   (a) Jury  ☐
   (b) Judge only  ☒

9. Did you testify at the trial?

   ☐ Yes  ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?

    ☐ Yes  ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:

    (a) Result:
    (b) Date of result (if known):                    PENDING
    (c) Case number and citation (if known):
    (d) Names of Judges participating in case (if known):

    (e) Grounds raised on direct appeal:

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

    (a) Result:
    (b) Date of result (if known):          Pending
    (c) Case number and citation (if known):

    (d) Grounds raised:

**13.** If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a)  Result:

    (b)  Date of result (if known):

    (c)  Case number and citation (if known):   *Pending*

    (d)  Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

**14.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☐ Yes  ☒ No

**15.** If your answer to #14 was "Yes," give the following information:

    (a)  **California Superior Court** Case Number (if known):

    (b)  Nature of proceeding: *6*   *Pending*

    (c)  Grounds raised:

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
    ☒ Yes  ☐ No

    (e)  Result:   *Pending*

    (f)  Date of result (if known):

**16.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:

   (a)  **California Court of Appeal** Case Number (if known):

   (b)  Nature of proceeding:                              *Terding*

   (c)  Names of Judges participating in case (if known)

   (d)  Grounds raised:

   (e)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
   (f)  Result:

   (g)  Date of result (if known):

18. Other than a direct appeal from the judgment of conviction and sentence, have you
    previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas
    Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

   (a)  **California Supreme Court** Case Number (if known):

   (b)  Nature of proceeding:

   (c)  Grounds raised:

   (d)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No                                       *Pending*

   (e)  Result:

   (f)  Date of result (if known):

CIV 68 (Rev. Jan. 2006)                     -4-                                    cv

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

21.  Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☐ Yes ☒ No       (IF "YES" SKIP TO #22)

(a)  If no, in what federal court was the prior action filed?
(i)  What was the prior case number?
(ii)  Was the prior action (CHECK ONE):
Denied on the merits?       ☐
Dismissed for procedural reasons?  ☐
(iii)  Date of decision:
(b)  Were any of the issues in this current petition also raised in the prior federal petition?
☒ Yes ☐ No
(c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☒ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) GROUND ONE:

PENDING !

**Supporting FACTS:**

**Did you raise GROUND ONE in the California Supreme Court?**

☐ Yes ☒ No.

   If yes, answer the following:

   (1) Nature of proceeding (i.e., petition for review, habeas petition):

   (2) Case number or citation:

   (3) Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Jan. 2006)

cv

**(b) GROUND TWO:**

**Supporting FACTS:**   PENDING !

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☑ No.

If yes, answer the following:

(1)   Nature of proceeding (i.e., petition for review, habeas petition):

(2)   Case number or citation:

(3)   Result (attach a copy of the court's opinion or order if available):

**(c)  GROUND THREE:**

**Supporting FACTS:**

PENDING !

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☑ No.

If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition):

(2)  Case number or citation:

(3)  Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Jan. 2006)

cv

**(d)**    **GROUND FOUR:**

**Supporting FACTS:**

PENING !

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☒ No.

If yes, answer the following:

    (1)   Nature of proceeding (i.e., petition for review, habeas petition):

    (2)   Case number or citation:

    (3)   Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Jan. 2006)

cv

23. Do you have any petition or appeal **now pending in** any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☑ No

24. If your answer to #23 is "Yes," give the following information:

   (a) Name of Court:

   (b) Case Number:

   (c) Date action filed:

   (d) Nature of proceeding:

   (e) Name(s) of judges (if known):

   (f) Grounds raised:

   (g) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☑ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing . . . . . . . .  CO. DEFENDER ATTORNEY "SHAFFY MODEL" 225 Broadway Ste. 900 San Diego Ca 92101 619-234-8467

   (b) At arraignment and plea . . . . . . .  SAME AS ABOVE

   (c) At trial . . . . . . . . . . . . . . . . . . . .

   (d) At sentencing . . . . . . . . . . . . . . .  ( PENDING ON SENTENCING )

   (e) On appeal . . . . . . . . . . . . . . . . . .

   (f) In any post-conviction proceeding .

   (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

   (b)  Give date and length of the future sentence: 11 - 19 - 07

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☒ No

28. Consent to Magistrate Judge Jurisdiction

    In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to procced before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

"   Pending   "

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_10 - 24 - 07_     _Salvador Sobrio JM._

(DATE)                              SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)

cv

**CONSULADO GENERAL DE MÉXICO EN SAN DIEGO**

SDI- 002985

Asunto: Salvador Solorio Muniz



SECRETARÍA DE
RELACIONES EXTERIORES

**SRE**

San Diego, California, August 6th, 2007.

Ms. Paula M. Jarnecke
Warden
Metropolitan Correctional Center
808 Front Street
San Diego CA. 92101

Ref: Salvador Solorio Muniz (reg.num. 02611-298)

I would like to inform you that on July 26, 2007, personnel from this Consulate General visited Mexican National Salvador Solorio Muniz (reg.num. 02611-298), who is an inmate at Metropolitan Correctional Center M.C.C..

Mr. Salvador Solorio stated that he has submitted several requests in order to obtain medical attention. He claims that even though he has been seen by the Doctor of that detention facility, he has a probable problem in his back, he suffers a lot of pain when he walks and other health problems.

We are always concerned about the physical wellbeing of Mexican nationals who are incarcerated at the detention facilities in our jurisdiction. With this in mind, we respectfully request that Mr. Salvador Solorio could be examined in order to determine if his condition requires specialized medical attention, hospitalization or surgery.

Sincerely

Luis Cabrera C.
Consul General

MC/ve

C.c.p.
Salvador Solorio Muniz. g. Num. 02611-298 Metropolitan Correctional Center

1549 India Street, San Diego, California, 92101
Tel. (619) 231-6634
(619) 231-3847

**RESPONSE TO ADMINISTRATIVE REMEDY NO. 461893-F1**

This is in response to your Request for Administrative Remedy, received on August 6, 2007, wherein you seek immediate medical attention. Specifically, you report severe back pain and that you have trouble walking.

A review of your medical records reveals that you have been evaluated by the Health Services Staff on several occasions. You have been diagnosed as having a left central disc protrusion (herniated disc). You were last seen and examined for your condition on June 28, 2007, by the Mid-Level Practitioner who explained to you the status of your back. Additionally, you were prescribed with anti-inflammatory medication to control your pain. You were seen by the Orthopedic specialist on May 4, 2007, who ordered tests including CT Scan, bone biopsy, and a bone scan. You were also sent out to Alvarado Hospital on July 23, 2007, where X-rays was done and you were kept overnight for observation. You have been scheduled with the specialist for further evaluation and treatment.

The Health Services Department will continue to monitor your condition. There is no evidence to support your claim that your medical issues are not being addressed.

Therefore, your Request for Administrative Remedy is denied. If you are not satisfied with this response, you may submit an appeal on the appropriate form (BP-10) to the Regional Director within twenty (20) days of the date of this response.


_Paula M. Jarnecke_
Paula M. Jarnecke/ Warden

_8-14-07_
Date

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## INMATE REQUEST TO STAFF

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Medical Staff | 6-13-07 |
| FROM: SALVADOR SOLORIO MUNIZ | REGISTER NO.: 02611-298 |
| WORK ASSIGNMENT: N/A | UNIT: 12-2-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I was taken to the hospital on 4-30-07 and released on 5-4-07. A few
M.R.I's, "X Rays" were taken. I returned on 5-16-07 for another set
of X Rays of my lower back, and returned here the same day. I am re-
questing a copy of the results and or evaluation released by the hos-
pital. I am continually experiencing extreme lower back pain as
well as pain in my left leg, also numbness of my right leg. I thank
you for your atenttion.

(Do not write below this line)

DISPOSITION:

you will be scheduled for
MD visit.

| Signature Staff Member | Date 6/21/07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

## SECTION 6

100

## APPOINTMENT/CITA

_Solorio_

Name (Nombre)

* 02611-298

Register Number ( Numero de Registro)

* **12**

Floor/Piso

Appt/Cita 8/3/07    (Medical) Dental

MIGUEL AHUACE, M.D.
CC SAN DIEGO
Health Care Provider

* All areas with asterisk (*) needs to be fully completed..
* Todas las arias con asterisco (*) necesitan estar completadas.

**7·26·7**

Lo puse como hemergencia que me dolia mucho la cabeza y me salio sangre del oido isquierdo. Resibi un golpe en la cabeza, a causa de mi accidente en la escaleras el dia 7-23-07

I Had Two put A Emergency Becouse I Had A Bad Head Tack and Also Blood From my ear came out. Becouse the accident 7-23-07 this day

---

## APPOINTMENT/CITA

* _Solorio_

Name (Nombre)

* 02611-298

Register Number ( Numero de Registro)

* **12**

Floor/Piso

Appt/Cita 7-10-7    Medical / Dental

MIGUEL AHUACE, M.D.
CC SAN DIEGO
Health Care Provider

* All areas with asterisk (*) needs to be fully completed..
* Todas las arias con asterisco (*) necesitan estar completadas.

**6/21/07**

Lo puse como hemergencia para mirar el doctor por que me dolia mucho la espalda, y cuando me miro la doctora SUSANA DURBIN MCP me dijo que comprara medicina en la tienda

I put A Emergency medical Request Becouse I Had A A verry Bad Pain in my BACK, and when I seeing the Doctor SUSANA DURBIN MCP she Tould me To Buy Medication From the Store.

APPOINTMENT/CITA

* Solorio          * 02611-29         * 10
Name (Nombre)        Register Number ( Numero de Registro)    Floor/Piso

Appt/Cita   9/24    (Medical / Dental)     MIGUEL AHUAGE, MLP
                                           MCC SAN DIEGO

                                       _____
                                         Health Care Provider

* All areas with asterisk (*) needs to be fully completed..
* Todas las arias con asterisco (*) necesitan estar completadas.

---

APPOINTMENT/CITA

* SOLORIO          * 02611-298        * 12
Name (Nombre)        Register Number ( Numero de Registro)    Floor/Piso

Appt/Cita   8-3-    (Medical / Dental)

                                       J. VILLASENOR, MLP
                                       MCC SAN DIEGO
                                       _____
                                         Health Care Provider

* All areas with asterisk (*) needs to be fully completed..
* Todas las arias con asterisco (*) necesitan estar completadas.

7-19-07 fuse un aviso para el doctor de emergencia que me duele mucho la espalda 7-19-07

ON THIS DATE 7-19-07 I PUT A MEDICAL REQUEST TO SEE THE DOCTOR FOR Head ACK and BACK PAIN

this medication to control my back pain
from orthopedic specialist
(6655-Alvarado Hospital)
San diego, Ca.

NDC 0904-2175-19

**21 Tablets**

8-31-07

**Unit of Use**

# MethylPREDNISolone Tablets, USP

Solario Munis
Salvador
02611-298
8-17-62

*P H A R M A C E U T I C A L S*

She is my
Attorney ———→

FEDERAL
DEFENDERS
OF
SAN DIEGO,
INC.

The Federal Community
Defender Organization
for the Southern
District of California

**SHAFFY MOEEL**
Trial Attorney

NBC Building
225 Broadway, Suite 900
San Diego, California 92101-5030

**(619) 234-8467**
**(619) 687-2666 Fax**
E-mail: Shaffy_Moeel@fd.org

**MEDICAL REPORT OF DUTY STATUS**

NAME _Solorio Muniz Salvador_     HOSPITAL REGISTRATION NO. _02611-298_

ADDRESS _(L)_

| INPATIENT | INCLUSIVE DATES OF TREATMENT. From: | | Through: | |
|---|---|---|---|---|
| OUTPATIENT | DATE MAY 3 1 2007 | TIME ARRIVED _1000_ A.M./P.M. | | TIME DEPARTED _1102_ A.M./P.M. |
| | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
| DISPOSITION | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS

_Lower Bunk for Medical Reason_

| NAME AND LOCATION OF HOSPITAL OR CLINIC METROPOLITAN CORRECTIONAL CENTER 808 UNION ST. SAN DIEGO CA. 92101 | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN MIGUEL AHUAGE, MD SC SAN DIEGO | DATE MAY 3 1 2007 |
|---|---|---|

IHS-131 (1/89)     Blu 4

*U.S. GOVERNMENT PRINTING OFFICE: 1992-335-307

## MEDICAL REPORT OF DUTY STATUS

NAME *SOZORIO, SALVADOR*

ADDRESS

HOSPITAL REGISTRATION NO. *02611-298*

| INPATIENT | INCLUSIVE DATES OF TREATMENT | | | |
|---|---|---|---|---|
| | From: JUL 2 4 2007 | Through: Until further notice | | |
| OUTPATIENT | DATE | TIME ARRIVED | | TIME DEPARTED |

| DISPOSITION | Can resume usual occupation | DATE *NLT* | A.M./P.M. | Can perform limited duties as specified under REMARKS | A.M./P.M. DATE |
|---|---|---|---|---|---|
| | To return to clinic | DATE | | To be hospitalized | DATE |

REMARKS  OTHER (Specify) *No recreation, no lifting more than 5 lbs*

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| METROPOLITAN CORRECTIONAL CENTER 808 UNION ST. SAN DIEGO CA. 92101 | SUSANA DURBIN, MLP MCC SAN DIEGO | JUL 2 4 2007 |

IHS-131 (1/89)                                                                    DK: 4

*11:45 AM TO. 2:45 PM*

*U.S. GOVERNMENT PRINTING OFFICE: 1992-335-307

**MEDICAL REPORT OF DUTY STATUS**

NAME *Solorio Muniz Sofred J*

HOSPITAL REGISTRATION NO. *02611-291*

ADDRESS

| INPATIENT | INCLUSIVE DATES OF TREATMENT | | |
|---|---|---|---|
| | From: | Through: | |
| OUTPATIENT | DATE AUG 3 1 2007 | TIME ARRIVED *1600* A.M./P.M. | TIME DEPARTED *1730* A.M./P.M. |
| DISPOSITION | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS

*Plese allow the use of one crutch for suppr*

NAME AND LOCATION OF HOSPITAL OR CLINIC
METROPOLITAN CORRECTIONAL CENTER
808 UNION ST.
SAN DIEGO CA. 92101

SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN
*MIGUEL AHUAGE, M*
CC SAN DIEGO

DATE AUG 3 1 2007

IHS-131 (1/89)

Dfr 4

From: MUNIZ SALVADOR SOLORIO   02611-278   J-6-SL   MCC-San Diego

LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Case 3:07-cr-02904-JMA   Document 1   Filed 11/07/2007   Page 22 of 39

**Part A—REASON FOR APPEAL** Since my arrival here to this institution I feel that my life has changed a lot. I live daily with severe lower back pain. I've had a number of medical MRI exams at Alvarado Hospital and 'till this day no-one has spoken to me regarding the results. Every day I am, in severe pain, I am not able to walk right, or sit or stand up for long periods of time. And sometimes I can't even sleep, at night. I strongly feel and believe that Dr's Camagay; Susan Durbin; Villaseñor; and Miguel Ahuage don't want to help me. I have also requested copies of my medical records so that I may know the problems with my lower-back and 'till this day I haven't recieved anything. I feel like I'm getting the run-around. I really don't know what to do. That's why I am finally addressing you guys, to see if you could help me.

8-27-07
_____
DATE

_Salvador Solorio M._
_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**


_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

USP LVN   DATE _____

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

*Abogada del MCC*

to: KLEIN (Attorney M.C.C.)

JARNECKE — WARDEN S.D. MCC.                    7-25-07

I RECENTLY ATTEMPTED TO TURN IN A B.P 8 TO
COUNSELOR RUTLEDGE. HE REFUSED TO ACCEPT IT. THE
REASON FOR THE B.P 8 IS MEDICAL NEGLIGENCE AND
ALSO TO REPORT THE PAIN & SUFFERING AND MENTAL
ANGUISH I AM GOING THROUGH DUE TO INNAPPROPRIATE
MEDICAL CARE. AS I UNDERSTAND IT, THE FLOOR COUNSE-
LOR IS SUPPOSED TO HANDLE THIS MATTER. IF NOT
HIM WHO? WHAT AM I TO DO. I BROUGHT THIS
MATTER TO R. WILLIAMS'S ATTENTION ALSO ONLY TO
, (UNIT MANAGER),
BE TOLD THERE IS NOTHING HE CAN DO ABOUT IT. MY
QUESTION TO YOU IS, WHAT CAN BE DONE ABOUT THIS?
I AM SEEKING LEGAL ACTION AS WE SPEAK. THANK YOU
FOR YOUR PROMPT RESPONSE.


                    Salvador Osorio M. #02611-298



        7-25-

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | **FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88** |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Regional Director | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| WESTERN REGIONAL office (FBOP) 7950 Dublin Blvd. 3rd Floor Dublin, CA 94568 | Munoz Salvador Solano 02611-0298 M.C.C. 808 Union ST San Diego, CA 92101 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH 06-17-62 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 4-30-07 / 7-23-07 | 7. TIME (A.M. OR P.M.) 2:15 & 9:10 |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof.) (Use additional pages if necessary.)

UNJUSTICLEY ADMINISTRATIVE REMEDY # 461893-F1

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. I have an collapsed disc in my lower (LOWER BACK INJURY) back. very severe and chronic pain. terminated amounts of leg Pain and Torch my buttox. where lot of Time unable to sit and stand for an period of time and walk. to sleep or rest it painful →

| 11. | NAME | | WITNESSES | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|---|---|---|
| | Juan Rodriguez 7-23-07 | | | Vista, CA |
| | Arturo Cisneros 4-30-07 | | | Tijuana Mexico |
| | Ricardo Espaza 7-23-07 | | | Tijuana, Mexico |

| 12. (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE N/A | 12b. PERSONAL INJURY $200,000.00 | 12c. WRONGFUL DEATH N/A | 12d. TOTAL (Failure to specify may cause ...) $200,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Salvador Solano M. | 13b. Phone number of signatory (619) 232-4311 | 14. DATE OF CLAIM 11-24-07 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

| SG-107 Previous editions not usable. | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

(P.S. I'm need of inclosure 3 Pine sundovna to include

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) <br> *Medical Records. Mr. Leyva* | DATE: <br> 8-24-07 |
|---|---|
| FROM; <br> *Salvador Sobrio Muñiz* | REGISTER NO.: <br> 02611-298 |
| WORK ASSIGNMENT: <br> N/A | UNIT: <br> J-6-3L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

On May 16-07, July 9-07, and July 23-07 I had
some "M.R.I." medical exams done to me at
Alvarado Hospital and I would like to know the
results. Also, if possible I would like to get copies
of them and all else that pertains to my
lower-back injury that is in my medical file.

                              Thank you !!!

---

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                          FEDERAL BUREAU OF PRISO

| | |
|---|---|
| TO:(Name and Title of Staff Member) NELLIE KLEIN: Attorney | DATE: 8-31-07 |
| FROM: SALVADOR SOLORIO MUNIZ | REGISTER NO.: 02611-298 |
| WORK ASSIGNMENT: N/A | UNIT: J-6-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action be
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

On July 25, 2007 at approx. 3:20Pm, I Salvador Sol
gave a BP8 form and a clothing exchange request to
Mr. Rutlege, He is the counselor in the 12th floor. I aske
with alot of respect that if he could please help me.
In a disrespectfull and mean way he answered me (saying "If
he would not do shit) were his exact words. Ms. Spikes and
Mr Williams were present And did not do nothing about it. I to
him I will notify my attorney he said he did not care. Now Im not
respectfur him but I fear him do too my safety here In gen
I feel tetrified of him when ever I see him. Thank y

(Do not write below this line)

DISPOSITION:

| | |
|---|---|
| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION**

SDC 1330.13B
10/05/99
Attachment A

# ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE**:  Be advised that, before filing a Request for
Administrative Remedy Form BP-229, you shall attempt to informally
resolve your complaint through your Correctional Counselor.
Briefly state the complaint below, and list what efforts you have
made to resolve your complaint informally, stating names of staff
contacted.

This Informal Resolution was issued by the Correctional Counselor

on _10-1-07_ and returned to the Counselor on _10-2-07_.
   Date                                              Date

Inmate's Name: _Soldrid. Salvador_ Reg. No.: _02611/298_ Unit: _J 6-3_

1. Complaint: _I Soldrid #02611298 reported on 9-29-07 at 8:50pm to officer "E. Neri"_
_that I hadd a lowerback pain and that my left legh was going out on me. Officer "E. Neri" advised doc._
_"Freikas" but doctor "Freikas" responded by saying "don't pay no attention he ain't going to die of_
_pain" on 10-1-07 today at around 11:00am 11:30am I hadd an accident I fell because of my pain and_
_left legg I really can't take this pain but doctoes always respond with no care or interest a_
wanting to help.

2. Efforts made to informally resolve and names of staff
contacted:

_____
_____
_____
_____

_Salvador Peloxie M._      _02611-298_        _10-1-07_
Inmate's Signature          Inmate's Reg. No.    Date

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and names of staff
contacted: _____

_____
_____
_____

Date **(informally resolved)** or **(BP-229)** issued (circle one)_____

Correctional Counselor's Signature _____ Date_____

Unit Manager's Review/Signature _____ Date_____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
### DISTRIBUTION
1). If complaint is informally resolved, forward original to the Unit
Team for record keeping and provide a copy to the inmate.

2) If complaint is not informally resolved, forward original,
attached to BP-229 form, to the Warden's Secretary.

10/4/07

Mr. T Jacobi Case Mangt.

He refuse to sign it

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: MUÑIZ SALVADOR SOLORIO    02611-298    J-6-3    M.C.C. SD
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**    I SALVADOR SOLORIO MUÑIZ #02611-298

I Also Feel I Have not Recieved appropriate Medical Care, I'm respectfully sending you This Letter to Ask you For your Help. I been Having a Lower Back problem And I'm always in A Lot of pain I've been Asking. For Medical Attention. But I Havent recieved it. I Also request For my Medical records. And Thay Turn me down. Medical staff. MR. Leyva does not want to provide me with Any information. Now I come To You as my Last resource For help. All I Need is Medical attention. And my Medical records please Help me in Anything that is on Your reach    Thank you    Salvador Solorio M.

10-25-07    Respectfully:
    DATE                 SIGNATURE OF REQUESTER

**Part B—RESPONSE**



    DATE                 GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C—RECEIPT**

                 CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

7-28-07

I ALSO FEEL I HAVE NOT RECIEVED APPROPRIATE MEDICAL CARE BECAUSE DR. CAMAGAY TOLD ME I AM A LIAR. SUSAN DURBIN TOLD ME TO BUY MY OWN MEDICATION. VILLASENOR TOLD ME HE'S NOT GOD AND HE COULD NOT TELL ME MY AILMENT. MR. MIGUEL AHUAGE CANT DO NOTHING FOR ME. PHYSICALLY AND MENTALLY, I AM EXHAUSTED. I CANT SLEEP. I CANT EAT.

WHEN I ATTEMPTED TO BRING THIS MATTER TO COUNSELOR RUTLEDGE I WAS RECIEVED WITH THREATS AND INJUSTICES. HE YELLED AT ME IN AN AGGRESSIVE MANNER TO THE POINT WHERE I NOW FEAR FOR MY LIFE EVERYTIME I SEE HIM. I AM AT MY WITS END. I HAVE TRIED ALL THE PROPER CHANNELS TO NO AVAIL. I ASK MYSELF WHAT NEEDS TO BE DONE SO THAT I MAY RECIEVE ADEQUATE MEDICAL ATTENTION. MUST I DIE? IT IS IMPERATIVE THAT THE READER UNDERSTAND THE SEVERITY OF THIS SITUATION. I HUMBLY REQUEST AN EXPEDITIOUS RESPONSE.

Salvador Osorio M.
02611-298

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** MUNIZ SALVADOR SoloRiO     02611-298     10-7-3     MCC-SAN DieGo
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

MY REQUEST IS FOR IMMEDIATE MEDICAL CARE. I HAVE HAD TWO ACCIDENTS DUE TO MY MEDICAL CONDITION. THE FIRST WAS ON 5-30-07 AND I WAS TAKEN TO THE ALVARADO HOSPITAL FOR 5 DAYS. ON 7-23-07 I FELL FROM THE STAIRS HERE AT M.C.C. SAN DIEGO. THIS CAME ABOUT DUE TO SEVERE BACK PAIN TO THE POINT WHERE I LOST ALL CONTROL OF MY LOWER EXTREMITIES. I FELL FROM THE TOP STEP AND ROLLED ALL THE WAY TO THE BOTTOM CAUSING MY NOSE AND MOUTH TO BLEED PROFUSELY. I THOUGHT I WOULD DIE. THE FALL CAUSED ME GREAT MENTAL AND PHYSICAL ANGUISH. I HAVE SUBMITTED MEDICAL REQUESTS IN THE PAST DUE TO MY LOWER BACK AND I HAVE BEEN TAKEN TO ALVARADO HOSPITAL BUT UP TO THIS DAY I HAVE NOT RECIEVED ANY MEDICAL TREATMENT BECAUSE OF MY BACK. I HAVE NOT EVEN BEEN TOLD WHAT MY CONDITION IS. I FEEL I AM IN CRITICAL CONDITION. I CANT EVEN WALK DUE TO THE PAIN AND SUFFERING.

7-29-07
DATE

Salvador SoloRiO Jr.
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

                                              CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____ _____ _____ _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

October 6th, 2007

Dear Honorable Judge
    Sr. Barry T. Moskowitz,

    With all due respects I come to you
to ask for your help, since I can't
find any help here.
    My name is Salvador Solorio Muniz #02611-298,
I have a huge medical problem with my Lower back. I
have excruciating pains that paralize me
at time's.
    On 04/30/07 I fell on the floor
because my Lower back gave way, and I
could not walk. I was admitted to Alvarado
Hospital for 5 days.
    On 07/23/07 There was another accident
when I was walking down the stairs.
    I felt a sharp pain really strong and I
lost control of my legs and I went falling
down the stairs and I bumped my head
terribly hard when I landed. They took
me to Alvarado just for a few hours and
told me they could not do anything for me,
and gave me an injection of Morphin.
    On 07/25/07 at 3:20 pm I filled out
a BP 228 to the counser Mr. Rutledge
from the 12th floor asking for help with
all due respects. And Mr. Rutledge told me
he would not help me, (yelling at me) and to
tell my Lawyer "Chaffey Moeel" and also that
it was not important to him. This was said in

the presence of Unit Manager —
Mr. Rick Williams and Mrs. Spikes
the case manager/Attorney of M.C.C.

On 04/30/07 the doctor Camagay
told me I was a liar and there
was nothing wrong with me.

On 07/10/07 The doctor Susana Durbin
told me to buy pain killers in Commissary.

On 07/24/07 The doctor J. Villasénor
told me he was not God to tell me what
was wrong with me.

On 07/29/07 08:00 hrs. I went on a
food strike because they wouldn't give me
any medical attention at 1050 hrs. Mr. McManus-
LT. came to speak with me about my not
eating. So I told him about my problems and
my back pains, LT. McManus told me
he did not now of any of the problems, and
he would find a solution. LT. McManus never
responded or helped me.

On 09/29/07 I reported to c/o NERI that
I was in dying pain and he called doctor
"Freiras" and the doctor told him not to
pay attention to me, that I won't die.

On 09/30/07 at 11:30 hrs. limping to
lunch I had an accident I fell cause
my lower back gave out and I fell to the
floor.

In the last 3 month's I have
send various cop-outs or "inmate request—

to staff." to medical records and Mr. Leyva asking for copies of my medical records and they just neglect me.

All these problems I have reported to the Warden P. M. Jarnecke and also with Mrs. Nellie Klein (F.C.C. - ATTORNEY) Your Honorable Judge I really feel physically and mentally tired, I can't sleep and sometimes I don't eat. Please help me so I can have surgery on my lower back. I just want the appropriate attention for my pain. Sir you do not now how much I regret coming to this country it was a big mistake. All I have encountered is discrimination and no help for my lower back problem. And I promise I will never come back to this country again and not even if I was offered all the gold in the world. Thank you very much for your time and attention and I apologize for bringing you my problems. God Bless you

Sincerely,

Salvador Solorio Jr. 02611-298

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:

NAME

STREET
ADDRESS

CITY, STATE &
ZIP CODE

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# POWER OF ATTORNEY - GENERAL [includes optional DURABLE POWER OF ATTORNEY]

### KNOW ALL PERSONS BY THESE PRESENTS: That I,

*SALVADOR SOLORIO MUÑIZ*

the undersigned (jointly or severally, if more than one) hereby make, constitute and appoint *MRS. MARIA E. MUÑIZ AS MY MOTHER AND;*

my true and lawful Attorney for me and in my name, place and stead and for my use and benefit:

(a) To ask, demand, sue for, recover, collect and receive each and every sum of money, debt, account, legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable) belonging to or claimed by me, and to use and take any lawful means for the recovery thereof by legal process or otherwise, and to execute and deliver a satisfaction or release therefor, together with the right and power to compromise or compound any claim or demand;

(b) To exercise any or all of the following powers as to real property, any interest therein and/or any building thereon: To contract for, purchase, receive and take possession thereof and of evidence of title thereto; to lease the same for any term or purpose, including leases for business, residence, and oil and/or mineral development; to sell, exchange, grant or convey the same with or without warranty; and to mortgage, transfer in trust, or otherwise encumber or hypothecate the same to secure payment of a negotiable or non-negotiable note or performance of any obligation or agreement;

(c) To exercise any or all of the following powers as to all kinds of personal property and goods, wares and merchandise, choses in action and other property in possession or in action: To contract for, buy, sell, exchange, transfer and in any legal manner deal in and with the same, and to mortgage, transfer in trust, or otherwise encumber or hypothecate the same to secure payment of a negotiable or non-negotiable note or performance of any obligation or agreement.

(d) To borrow money and to execute and deliver negotiable or non-negotiable notes therefor with or without security; and to loan money and receive negotiable or non-negotiable notes therefor with such security as he/she shall deem proper;

(e) To create, amend, supplement and terminate any trust and to instruct and advise the trustee of any trust wherein I am or may be trustor or beneficiary; to represent and vote stock, exercise stock rights, accept and deal with any dividend, distribution or bonus, join in any corporate financing, reorganization, merger, liquidation, consolidation or other action and the extension, compromise, conversion, adjustment, enforcement or foreclosure, singly or in conjunction with others of any corporate stock, bond, note, debenture or other security; to compound, compromise, adjust, settle and satisfy any obligation, secured or unsecured, owing by or to me and to give or accept any property and/or money whether or not equal to or less in value than the amount owing in payment, settlement or satisfaction thereof;

(f) To transact business of any kind or class and as my act and deed to sign, execute, acknowledge and deliver any deed, lease, assignment of lease, covenant, indenture, indemnity, agreement, mortgage, deed of trust, assignment of mortgage or of the beneficial interest under deed of trust, extension or renewal of any obligation, subordination or waiver of priority, hypothecation, bottomry, charter-party, bill of lading, bill of sale, bill, bond, note, whether negotiable or non-negotiable, receipt, evidence of debt, full or partial release or satisfaction of mortgage, judgment and other debt, request for partial or full reconveyance of deed of trust and such other instruments in writing or any kind or class as may be necessary or proper in the premises.

(g) [Strike if not applicable.] This Power of Attorney shall not be affected by subsequent incapacity of the principal [and shall remain effective for a period of ——— *LIFE* ——— years after the disability or incapacity occurs].

(h) [Strike if not applicable.] This Power of Attorney shall become effective upon the incapacity of the principal [and shall remain effective for a period of ——— *LIFE* ——— years after the disability or incapacity occurs].

(i) If (g) and/or (h) are not stricken, the Notice at the top of page 2 applies.

Page 1 of 2

## THIS FORM IS NOT VALID FOR HEALTH CARE DECISIONS.
(Use Wolcotts Form 1401 for that purpose.)

Before you use this form, fill in all blanks, and make whatever changes are appropriate and necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. Wolcotts makes no representation or warranty, express or implied, with respect to the merchantability or fitness of this form for an intended use or purpose.

WOLCOTTS FORM 1400 - POWER OF ATTORNEY - GENERAL (includes optional DURABLE POWER OF ATTORNEY), Rev. 3-95   (price class 3A)   ©1995 WOLCOTTS FORMS INC

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

Your agent (attorney in fact) has no duty to act unless you and your agent agree otherwise in writing.

This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf.

Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

The powers you give your agent will continue to exist for your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property.

You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

GIVING AND GRANTING unto my said Attorney full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about the premises as fully to all intents and purposes as I might or could do if personally present, hereby ratifying all that my said Attorney shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney shall be applicable to all real and personal property or interests therein now owned or hereafter acquired by me and wherever situate.

My said Attorney is empowered hereby to determine in his/her sole discretion the time when, purpose for and manner in which any power herein conferred upon him/her shall be exercised, and the conditions, provisions and covenants of any instrument or document which may be executed by him/her pursuant hereto; and in the acquisition or disposition of real or personal property, my said Attorney shall have exclusive power to fix the terms thereof for cash, credit and/or property, and if on credit with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

WITNESS my hand this _16th_ day of _March_, _2007_.

X _Salvador Solorio Jr._

X _Salvador Solorio M._

STATE OF _California_

COUNTY OF _San Diego_

On _March 16, 2007_ before me, _Louise Evans, Notary Public_
(Name, Title of Officer-i.e. "JANE DOE, Notary")

personally appeared _Salvador Solorio-Muniz_

Name of Signer(s)

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Louise Evans_
(Signature of Notary)                    (SEAL)

LOUISE EVANS
Commission # 1606575
Notary Public - California
San Diego County
My Comm. Expires Sep 15, 2009

Encounter Note by Steven Tradonsky MD (DOS: 08/31/2007)

**Soloriomuniz, Salvador**
        45 year old Male (DOB: 08/17/1962)

Chief Complaint:
Onset Date:            not entered

SOLORIOMUNIZ, Salvador    *02611-298*
08-31-07

CHIEF COMPLAINT: Low back pain and left leg pain.

HISTORY OF PRESENT ILLNESS: Initial evaluation of this 45-year-old male inmate complaining of pain in his low back radiating into his left leg.

He has a history of having had lumbar spinal surgery approximately 5 years ago. He initially did well, but over the past few years, he has noted increasing pain in his low back. Over the past few months, the pain has become much more severe and he currently complains of pain radiating into his left leg, particularly the gluteal area but often below the level of his thigh. He gets minimal relief from pain medication. He denies numbness, but he does feel like his left leg is weak and he has had some episodes where his left leg has buckled underneath him.

PAST MEDICAL HISTORY: His medical history is negative for major medical problems. He denies being HIV positive, although he is hepatitis C positive.

His initial surgery was performed by Dr. Abitbul. *(858) 874-2306*

PHYSICAL EXAMINATION: He is generally healthy, alert, oriented, and cooperative. He has some tenderness in the lumbar paraspinal muscles. He has severe loss of motion in the lumbar spine. While standing, he can bring his fingertips to only within about 12 or 14 inches of the ground. In the supine position, he has significant pain when I attempt passive straight leg raising on the left side. He gets up only to about 25 to 30 degrees before he experiences severe left gluteal and leg pain.

He has 4/5 strength in knee extension, ankle extension, and plantar flexion. This seems to be limited mainly by pain. I cannot detect a knee reflex or an ankle jerk on the left side.

DIAGNOSTIC STUDIES:
X-RAYS: There were no x-rays available for review. He did have an MRI of his lumbar spine on April 30, 2007. The films are not available for review; however, the report describes a herniated L4-L5 disc contacting the right L5 nerve root with bilateral facet hypertrophy.

In addition, he has a 5 mm left-sided disc herniation displacing the S1 nerve root.

DIAGNOSTIC IMPRESSION: L5-S1 left-sided disc herniation with severe symptoms.

PLAN: I would recommend starting the patient on a Medrol Dosepak. He should get appropriate pain medication, Vicodin or Tylenol with Codeine 1 to 2 tabs q.4h. p.r.n. to control this pain.

I would recommend that he be seen as soon as possible by a neurosurgeon for evaluation for further surgery.

Steven Tradonsky, M.D.



DEBRA LACY, MD

SEP 20 2007

# MEDICAL RECORD   CONSULTATION SHEET

| TO: UCSD Neurosurgeon | FROM: mpar MELANIE PAREDES, RN, CCHP MCC SAN DIEGO | DATE OF REQUEST: 10-12-07 |
|---|---|---|

**REASON FOR REQUEST (Complaints and findings)**

Pt seen @ Alvarado by Dr. Chandonsky. Pt has a 5mm left sided disc herniation displacing the S1 nerve root. Recommended neurosurgeon eval for possible further surgery. Please schedule for consultation c neurosurgeon. See attached ortho eval.

| PROVISIONAL DIAGNOSIS | L5-S1 (L) side disc herniation c severe sympt |
|---|---|

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | X ROUTINE ___ TODAY ___ 72 HOURS ___ EMER. |
|---|---|---|---|

FOIA/PRIVACY ACT
SENSITIVE

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (Name--last, first, middle; grade; rank; rate; hospital or medical facility)

Name: Solorio - Muniz, Salvador

Reg.No. 02611-298

DOB: 8-17-1962

NKDA.

METROPOLITAN CORRECTIONAL CENTER
808 UNION STREET
SAN DIEGO, CA 92101

**CONSULTATION SHEET** MEDICAL RECORD

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
NOV - 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Salvador Solorio Muniz

225 DEFENDANTS

FILING FEE PAID
Yes ☐   No ☐

IFP MOTION FILED
Yes ☐   No ☐

COPIES SERVED

Court U S Probe

Jarnick, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Salvador Solorio Muniz
808 Union Street
SD, CA 92101
02611-298

ATTORNEYS (IF KNOWN)

'07 CV 2140 IEG    JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Electmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   11/7/2007

PAID $5   11/8/07 BH   RCPT# 144311

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 144311    — BH

## November 08, 2007
## 11:27:42

## Habeas Corpus
USAO #.: 07CV2140 HABEAS FILING
Judge..: IRMA E GONZALEZ
Amount.:                    $5.00 MO
Check#.: 08-757621826

## Total—>   $5.00

FROM: MUNIZ V. JARNECK
      HABEAS CORPUS